*Page 1 of  1*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**CLARENCE FRANK STEPHENSON,**

    **Plaintiff,**

**v.**                                                   **Case No. 3:11cv455/RV/CJK**

**D. ELLIS, et al.,**

    **Defendants.**

_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 2, 2015 (doc. 62). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Gerald Rhodes is **DISMISSED** from this case.

**DONE AND ORDERED** this **5th** day of May, 2015.

                                                   /s/ *Roger Vinson*
                                                 **ROGER VINSON**
                                                 **SENIOR UNITED STATES DISTRICT JUDGE**