# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**CLARENCE FRANK STEPHENSON,**

    **Plaintiff,**

**v.**                         Case No. 3:11cv455/RV/CJK

**D. ELLIS, et al.,**

    **Defendants.**

_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 13, 2015 (doc. 66). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant Raybon's amended motion to dismiss (doc. 49) is **GRANTED** and plaintiff's claims against Raybon are **DISMISSED WITH PREJUDICE**.

**DONE AND ORDERED** this 18th day of June, 2015.

                                        /s/ Roger Vinson
                                        **ROGER VINSON**
                                        **SENIOR UNITED STATES DISTRICT JUDGE**