UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**CLARENCE FRANK STEPHENSON,**

    **Plaintiff,**

v.	                                          **Case No. 3:11cv455-RV/CJK**

**D. ELLIS, et al.,**

    **Defendants.**

_____/

## **ORDER**

      This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated May 31, 2016 (doc. 103).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

      Having considered the Report and Recommendation,  I have determined that the Report and Recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.	The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

      2.	Defendants Gielow, Given, and Thomas's motion for summary judgment

(doc. 94) is **DENIED**.

3. Plaintiff's claims against Warden Ellis and Captain Rhodes are **DISMISSED** for failure to effect timely service.

4. This matter is referred to the Magistrate Judge for further pretrial proceedings on plaintiff's individual capacity First and Eighth Amendment claims against defendants Gielow, Given, and Thomas.

**DONE AND ORDERED** this **18th** day of July, 2016.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**