UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CLARENCE FRANK STEPHENSON,

    Plaintiff,

v.                                        Case No. 3:11cv455-RV-CJK

GIELOW, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

The undersigned conducted a settlement conference in this case on April 21, 2017. The parties announced in open court that they have amicably resolved all claims in the case and a settlement agreement has been executed.

Accordingly, it is respectfully RECOMMENDED:

1.     That this case be DISMISSED WITH PREJUDICE from the active docket of the court.

2.     That in the event the settlement is not consummated, the court reserve jurisdiction, upon motion filed by any party within 60 days, to reinstate the case.

3.     That the clerk be directed to close the file in this case for administrative purposes, and upon the expiration of 60 days without activity, the clerk be directed to close the case for all purposes.

At Pensacola, Florida, this 25th day of April, 2017.

*/s/* *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of objections shall be served upon the Magistrate Judge and all other parties. A party failing to object to a Magistrate Judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.