UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CLARENCE FRANK STEPHENSON,

    Plaintiff,

v.                                           Case No. 3:11cv455-RV-CJK

GIELOW, et al.,

    Defendants.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated April 25, 2017 (doc. 135). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED WITH PREJUDICE** from the active docket of the court.

3. In the event the settlement is not consummated, the court reserves jurisdiction, upon motion filed by any party within 60 days, to reinstate the case.

4. The clerk is directed to close the file in this case for administrative purposes, and upon the expiration of 60 days without activity, the clerk is directed to close the case for all purposes.

**DONE AND ORDERED** this 25th day of May, 2017.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**